QUINN EMANUEL URQUHART & SULLIVAN, LLP
John Shaffer (Bar No. 153729)
johnshaffer@quinnemanuel.com
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Jennifer L. Nassiri (Bar No. 209796)
jennifernassiri@quinnemanuel.com
Razmig Izakelian (Bar No. 292137)
razmigizakelian@quinnemanuel.com
Matthew A. Bergjans (Bar No. 302830)
alexbergjans@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Great American Group Advisory &
Valuation Services, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>B&B Liquidating LLC,<br><br>       Debtor.<br><br>Siena Lending Group LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>Great American Group Advisory & Valuation Services, LLC, and DOES 1 through 10, inclusive,<br><br>       Defendants. | Chapter 11<br><br>Bankr. Case No. 2:18-bk-11744-NB<br><br>Adv. Pro. No. 2:18-ap-01334-NB<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND SET BRIEFING SCHEDULE ON MOTION FOR REMAND**<br><br>**[Current Hearing Date]**<br>Date:    January 8, 2019<br>Time:    2:00 p.m.<br>Crtrm.:  1545<br>          255 E. Temple Street<br>          Los Angeles, CA 90012<br><br>**[Proposed New Hearing Date]**<br>Date:    January 15, 2019<br>Time:    2:00 p.m.<br>Crtrm.:  1545<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

1   This Stipulation (the "Stipulation"), is entered into by and between Great American Group Advisory & Valuation Services, LLC ("Great American") and Siena Lending Group, LLC ("Siena"), through their respective counsel of record, with reference to the following recitals of fact:

**WHEREAS,** on October 26, 2018, Great American filed the *Notice of Removal* [ECF 1] in the above captioned adversary proceeding;

**WHEREAS,** on November 2, 2018, Great American filed the *Notice of Motion and Motion to Dismiss Complaint* [ECF 2] (the "Motion to Dismiss"), which is currently set for hearing on January 8, 2019 (the "January 8 Hearing");

**WHEREAS** the parties had previously agreed, prior to the filing of the Motion to Dismiss, that any opposition to the Motion to Dismiss would be filed by November 23, 2018, and any reply by December 7, 2018;

**WHEREAS** Siena has indicated it intends to file a motion to remand the above-captioned adversary proceeding (the "Remand Motion");

**WHEREAS** the parties have conferred and agreed to continue the January 8 Hearing and briefing deadlines;

**NOW THEREFORE, IT IS STIPULATED** by the undersigned parties as follows:

1. Siena shall file any Remand Motion by no later than November 26, 2018;
2. Any oppositions to the Motion to Dismiss and/or Remand Motion must be filed by no later than December 18, 2018;
3. Any replies to the Motion to Dismiss and/or Remand Motion must be filed by no later than January 8, 2019;
4. The January 8 Hearing on the Motion to Dismiss shall be continued to January 15, 2019 at 2:00 p.m.;
5. The Remand Motion shall be heard on January 15, 2019 at 2:00 p.m.

| | | |
|---|---|---|
| 1 | DATED:  November 19, 2018 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By */s/ Stephen A. Broome*  <br>    Stephen A. Broome |
| 5 | | Attorneys for Great American Group Advisory & Valuation Services, LLC |
| 6 | | |
| 7 | | LEVY SMALL & LALAS |
| 8 | | |
| 9 | | By */s/ Leo Plotkin*  <br>    Leo Plotkin |
| 10 | | Attorneys for Siena Lending Group LLC |

-2-

STIPULATION