| | |
|---|---|
| 1  QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>   John Shaffer (Bar No. 153729)<br>2  johnshaffer@quinnemanuel.com<br>   Stephen A. Broome (Bar No. 314605)<br>3  stephenbroome@quinnemanuel.com<br>   Jennifer L. Nassiri (Bar No. 209796)<br>4  jennifernassiri@quinnemanuel.com<br>   Razmig Izakelian (Bar No. 292137)<br>5  razmigizakelian@quinnemanuel.com<br>   Matthew A. Bergjans (Bar No. 302830)<br>6  alexbergjans@quinnemanuel.com<br>   865 South Figueroa Street, 10th Floor<br>7  Los Angeles, California 90017-2543<br>   Telephone:    (213) 443-3000<br>8  Facsimile:    (213) 443-3100 | **FILED & ENTERED**<br><br>NOV 20 2018<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY sumlin    DEPUTY CLERK |

9  Attorneys for Great American Group Advisory &
   Valuation Services, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>B&B Liquidating LLC,<br><br>    Debtor.<br>_____<br><br>Siena Lending Group LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Great American Group Advisory & Valuation Services, LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Chapter 11<br><br>Bankr. Case No. 2:18-bk-11744-NB<br><br>Adv. Pro. No. 2:18-ap-01334-NB<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND SET BRIEFING SCHEDULE ON MOTION FOR REMAND**<br><br>**[Current Hearing Date]**<br>Date:    January 8, 2019<br>Time:    2:00 p.m.<br>Crtrm.:   1545<br>         255 E. Temple Street<br>         Los Angeles, CA 90012<br><br>**[New Hearing Date]**<br>Date:    January 15, 2019<br>Time:    2:00 p.m.<br>Crtrm.:   1545<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

[PROPOSED] ORDER APPROVING STIPULATION

On November 19, 2018, the *Stipulation to Continue Hearing on Motion to Dismiss and Set Briefing Schedule on Motion to Remand* (the "Stipulation," dkt. 9) entered into by and between Great American Group Advisory & Valuation Services, LLC ("Great American") and Siena Lending Group, LLC ("Siena") was filed herein.[1]

The Court, having considered the Stipulation, the related pleadings on file and for good cause appearing, **HEREBY ORDERS**:

1. The Stipulation is approved;
2. Siena shall file any Remand Motion by no later than November 26, 2018;
3. Any oppositions to the Motion to Dismiss and/or Remand Motion must be filed by no later than December 18, 2018;
4. Any replies to the Motion to Dismiss and/or Remand Motion must be filed by no later than January 8, 2019;
5. The January 8 Hearing on the Motion to Dismiss shall be continued to January 15, 2019 at 2:00 p.m.;
6. The Remand Motion shall be heard on January 15, 2019 at 2:00 p.m.

# # #

Date: November 20, 2018

Neil W. Bason
United States Bankruptcy Judge

---

[1] All terms not defined herein have the same meaning as in the Stipulation.